1  BILL LOCKYER, Attorney General
   of the State of California
2  MIGUEL A. NERI
   FIEL D. TIGNO
3    Supervising Deputy Attorneys General
   CHRISTOPHER C. LAMERDIN (State Bar No. 162033)
4    Deputy Attorney General
   P.O. Box 70550
5  1515 Clay Street, 20th Floor
   Oakland, California 94612-0550
6  Telephone: (510) 622-2198
   Facsimile: (510) 622-2121
7
   Attorneys for Defendants                    *E-FILED - 9/29/05*
8  California Department of Forestry and Fire Protection

9              IN THE UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DIVISION DISTRICT OF CALIFORNIA

11                      SAN JOSE DIVISION          RMW

12 | EDWARD A. AMESCUA,              | Case No.: C05-02182 PVT
13 |                      Plaintiff, |
14 | v.                              | STIPULATED REQUEST TO CONTINUE
   |                                 | CASE MANAGEMENT CONFERENCE
15 | STATE OF CALIFORNIA, CALIFORNIA | Civil L. R. 6-2, 7-12
   | DEPARTMENT OF FORESTRY AND FIRE |
16 | PROTECTION, and DOES 1 THROUGH 20,|
   | inclusive,                      |
17 |                      Defendants.|

18

19     Plaintiff and Defendants hereby stipulate to a continuance of the September 30, 2005,

20 2005 case management conference and declare as follows the "good cause" supporting this

21 continuance:

22     1.   The undersigned counsel are attorneys admitted to practice before the court and

23 serve as counsel for the parties indicated below.

24     2.   The parties have met and conferred and have come to an agreement on an ADR

25 process. The parties briefly met and conferred on other subjects, including discovery. The

26 parties anticipate being able to work out any discovery issues on their own. The parties

27 anticipate filing a joint case management prior to the case management conference.

28 ///

                                    1.
                            CASE MANAGEMENT CONFERENCE STATEMENT
               UNITED STATES DISTRICT COURT - NORTHERN DIVISION CASE NO.: C05-01590 MMC

3. Neither party has requested a prior continuance for the case management conference or for any other reason. As the purpose of the case management conference is to establish a schedule for resolving this civil action, the continuance should have no impact on the ultimate schedule ordered by this Court.

4. The parties stipulate that the case management conference presently calendared for September 30, 2005 shall be continued to October 28, 2005 so long as this date comports with the Court's calendaring needs. This stipulated request is made on the grounds that counsel for defendant has recently been brought in to assist on a trial set for November 1, 2005. The motion for summary judgment is currently set for September 30, 2005, and counsel for defendant would like to attend and assist at that hearing.

5. The parties further recognize that in setting the September 30, 2005 case management conference hearing date, this Court's order required the parties to complete initial disclosures, file a case management statement and file a Rule 26(f) report on September 23, 2005. The parties stipulate that continuing the case management conference to October 28, 2005 will also continue these duties to October 28, 2005. (jg)

6. The undersigned counsel swear under penalty of perjury that the foregoing is true and correct and based on their personal knowledge, expect that which is based upon information and belief to which counsel states their belief, that counsel are competent to testify as witnesses to these statements, and that counsel would so testify if called as witnesses. Counsel further attest to jointly having on file all holographic signatures indicated by conformed signatures below.

Executed on this September 22, 2005 in Modesto, California.

/s/ Mark J. Alexander
Mark Alexander
Counsel for Plaintiff Edward Amescua

---

2.

CASE MANAGEMENT CONFERENCE STATEMENT
UNITED STATES DISTRICT COURT - NORTHERN DIVISION CASE NO.: C05-01590 MMC

| | |
|---|---|
| 1  Dated: September 21, 2005 | BILL LOCKYER, Attorney General of the State of California |
| 2 | MIGUEL A. NERI |
| 3 | FIEL D. TIGNO Supervising Deputy Attorneys General |
| 4 | |
| 5 | /s/ Christopher C. Lamerdin CHRISTOPHER C. LAMERDIN |
| 6 | Deputy Attorney General Attorneys for Defendants |
| 7 | California Department of Forestry and Fire Protection |

IT IS SO ORDERED:

Dated: 9/29/05

/s/ Ronald M. Whyte
THE HONORABLE RONALD M. WHYTE
United States District Court Judge