1  Mark J. Alexander, SBN 184265
   LAW OFFICES OF MARK J. ALEXANDER
2  1500 J ST., Second Floor
3  Post Office Box 1292
   Modesto, CA 95353-1292
4  Telephone: (209) 577-1646
   Facsimile : (209) 577-1647
5

6  Attorney for Plaintiff
   Edward A. Amescua

7                  IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DIVISION DISTRICT OF CALIFORNIA

9                           SAN JOSE DIVISION           *E-FILED - 1/19/06*

10
   EDWARD A. AMESCUA,              )     **CASE NO: C05-02182 RMW**
11                                 )
          Plaintiff,                )     STIPULATED REQUEST TO CONTINUE
12                                 )     ENE SESSION AND ~~PROPOSED~~ ORDER
   vs.                             )
13                                 )
                                   )
14 STATE OF CALIFORNIA, CALIFORNIA )
   DEPARTMENT OF FORESTRY AND FIRE )
15 PROTECTION, and DOES 1 THROUGH 20, )
   inclusive,                      )
16        Defendant(s).             )
17 _____/ )

18       Plaintiff and Defendants hereby stipulate to a continuance of the January 17, 2006, ENE

19 Session and declare as follows the "good cause" supporting this continuance:

20       1.      The undersigned counsel are attorneys admitted to practice before the court and
21
   serve as counsel for the parties indicated below.
22
         2.      The parties stipulate that the ENE Session presently calendared for January 17,
23
24 2006 shall be continued to the first week of March.  This stipulated request is made on the

25 grounds that counsel for plaintiff, a sole practitioner, needs a brief extension of time to complete

26 ENE readiness due to press of business and calendar conflicts.  Plaintiff's counsel will request no
27
   further extensions as Plaintiff's counsel has been able to reduce his caseload by the settlement of
28

   Case No:  C05-02182 RMW

five matters in State and Federal Courts, in the last month.

3. The undersigned counsel swear under penalty of perjury that the foregoing is true and correct and based on their personal knowledge, expect that which is based upon information and belief to which counsel states their belief, that counsel are competent to testify as witnesses to these statements, and that counsel would so testify if called as witnesses. Counsel further attest to jointly having holographic signatures indicated by conformed signatures below.

DATED: 	LAW OFFICES OF MARK J. ALEXANDER

_/s/    Mark J. Alexander_
Mark J. Alexander

DATED: 	BILL LOCKYER, Attorney General of the State of California
MIGUEL A. NERI
FIEL D. TIGNO
Supervising Deputy Attorneys General

CHRISTOPHER C. LAMERDIN
Deputy Attorney General
Attorneys for Defendants
California Department of Forestry and Fire Protection

IT IS SO ORDERED:

Date:   1/19/06

/S/ RONALD M. WHYTE
THE HONORABLE RONALD M. WHYTE
United States District Court Judge

Case No:  C05-02182 RMW                                             2