IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EDWARD A. AMESCUA,

        Plaintiffs,

  v.

STATE OF CALIFORNIA, et al.,

        Defendants.

***E-FILED - 12/14/07***

CASE NO.: C-05-02182-RMW

**ORDER OF DISMISSAL**

The Court having been advised on March 13, 2006, that this case has been settled and no party having advised that the settlement has fallen through.

It is hereby ordered that this case is dismissed with prejudice.

The Clerk may close the file.

DATED: <u>December 14, 2007</u>

 

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL
No.  C-05-02182-RMW

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER OF DISMISSAL
No.  C-05-02182-RMW
2